**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**VINITA RAIMEY**                                                                                         **PLAINTIFF**

**V.**                                           **NO. 3:23-CV-458-DMB**

**SHARON D. GIPSON,**
**In Her Individual Capacity**                                          **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the jury verdict in favor of Vinita Raimey, judgment is entered against Sharon D. Gipson in the amount of $10,000.00.

**SO ORDERED**, this 23rd day of October, 2025.

                                                                           /s/Debra M. Brown
                                                                          **UNITED STATES DISTRICT JUDGE**